```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

FELIPE FERNANDEZ,

                Plaintiff,

    - against -

CLARINS U.S.A., INC.,

                Defendant.

25-cv-2638 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **July 7, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
           April 4, 2025

                                            John G. Koeltl
                                      United States District Judge